THE STATE OF WASHINGTON, *Respondent*, v. JAMES
ELLIS, *Appellant*.

*In the Matter of the Personal Restraint of*
JAMES ELLIS, *Petitioner*.

Appeal from a judgment of the Superior Court for King

County, No. 81–1–03419–1, Robert W. Winsor, J., entered January 27, 1982, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Ringold, J., concurred in by Williams and Callow, JJ.